UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 26-CR-2100-CAB |
| Plaintiff, | **JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE** |
| v. | |
| MOISES QUINTANA LUNA (1) | |
| ALMA BELTRAN PONCE (2), | |
| Defendant. | |

The United States' Motion to Dismiss the Indictment is hereby GRANTED. The Indictment is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: 7/6/2026

_____

Hon. Cathy Ann Bencivengo
United State District Judge